**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

RICKY BUSH,

Plaintiff,

vs.

BELGER CARTAGE SERVICE , INC.,

Defendant.

CASE NO.: CIV-23-506-JD

**NOTICE OF REMOVAL**

Defendant, Belger Cartage Service, Inc., ("Defendant") by and through its attorneys, pursuant to 28 U.S.C. §§ 1332(a), 1441(a-b) and 1446, and hereby removes the above-captioned action from the District Court of Oklahoma County, State of Oklahoma to this Court. The removal of this case to federal court is based on the following:

1. On November 12, 2020, Plaintiff filed *Ricky Bush v Belger Cartage Service, Inc.*, Case No. CJ-2020-5455 in the District Court of Oklahoma County, State of Oklahoma. (Exhibit "1").

2. A true and correct copy of the above-referenced Complaint was served on DGL Group, Ltd on May 10, 2023.

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), in that it is being filed within thirty (30) days of service upon DGL Group, Ltd.

4. Plaintiff's subrogee is a resident of Oklahoma County. (Exhibit 1).

5. Defendant is organized under the laws of the State of Missouri, with its principal

place of business in Kansas City, Missouri.

6. Complete diversity of citizenship exists among the parties under 28 U.S.C. 1332(a)

7. 28 U.S.C. § 1446(b)(2)(A) states, "When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action." This is commonly referred to as the "rule of unanimity."

8. Plaintiff's Petition states it seeks relief in excess of $75,000. (Ex. 1).

9. The alleged damages set for in Plaintiff's Petition support a claim in excess of the jurisdictional threshold. Thus, the amount in controversy is satisfied pursuant to 28 U.S.C. §1332(a). Removal to this Court is therefore proper under 28 U.S.C. §1441.

10. The United States for the District Court for the Western District of Oklahoma embraces Oklahoma County, State of Oklahoma, in which the state action is currently pending. Therefore, this matter is properly removed to this Court pursuant to 28 U.S.C. §1441.

11. Pursuant to LCvR 81.2(a), a copy of the State Court Docket Sheet is attached hereto as Exhibit "2".

12. Pursuant to 28 U.S.C. §1446(a) and LCvR81.2 copies, a copies of all filings in the action filed in Oklahoma County are attached hereto. (Plaintiff's Petition–Exhibit "1"; Unopposed Motion to Extend Time for Service of Summons – Exhibit "3", Order – Exhibit "4", Plaintiff's Unopposed Motion to Extend Time for Service of Summons – Exhibit "5", Order – Exhibit "6", Plaintiff's Third Unopposed Motion to Extend Time for Service of Summons - Exhibit "7", Order – Exhibit "8", Plaintiff's Fourth Unopposed Motion to

Extend Time for Service of Summons – Exhibit "9", Order – Exhibit "10", Answer of Belger Cartage Service, Inc. – Exhibit "11", Entry of Appearance of Chubbuck Duncan & Robey, P.C. for Belger Cartage Service, Inc – Exhibit "12").

13. There are currently no pending motions or discovery in the State Court action. No hearing has been set. (See, Ex. 2).

14. Written notice of the filing of this Notice of Removal will be promptly given to Plaintiff together with a copy of the Notice of Removal and supporting papers and will be promptly filed with the Clerk of The District Court of Oklahoma County, State of Oklahoma, as required by 28 U.S.C. §1446(d).

Respectfully submitted,

/s/Bart Jay Robey

Bart Jay Robey, OBA No. 19926
Eric A. Moen, OBA No. 31155
CHUBBUCK DUNCAN & ROBEY, P.C.
1329 Classen Drive
Oklahoma City, Oklahoma 73103
Telephone: (405) 236-8282
bjrobey@chubbucklaw.com
eamoen@chubbucklaw.com
***Attorneys for Defendant.***

## CERTIFICATE OF SERVICE

This is to certify that on the 7th of June, 2023, a true and correct copy of the foregoing document was served upon counsel of record set forth below via the Court's electronic notification system, electronic mail, and/or regular mail to the following.

Stephen D. Bachman
Holloway Dobson & Bachman, LLC
One Leadership Square
211 North Robinson, Suite 900
Oklahoma City, Oklahoma 73102
***Attorney for Plaintiff***

/s/Bart Jay Robey
Bart Jay Robey / Eric A. Moen