FILED IN DISTRICT COURT
OKLAHOMA COUNTY
NOV 12 2020
RICK WARREN
COURT CLERK
112

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| RICKY BUSH, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CJ-2020-5455 |
| BELGER CARTAGE SERVICE, INC., | ) | |
| Defendant. | ) | |

**PETITION**

COMES NOW, Plaintiff, Ricky Bush, for his cause of action against Defendant, Belger Cartage Service, Inc. and alleges and states as follows.

1. That Plaintiff Ricky Bush is a resident of Midwest City, Oklahoma County, State of Oklahoma; That Defendant Belger Cartage Service, Inc. has its principle location in Oklahoma City, Oklahoma County, State of Oklahoma. Further, the incident which gives rise to this litigation occurred at the Draper Water Treatment Plant located in Oklahoma City, Cleveland County, State of Oklahoma. Plaintiff asserts that the Court has jurisdiction over the parties and of the subject matter and that venue is appropriate.

2. That on or about the 21st day of November 2018, the Plaintiff, Ricky Bush, was employed by Wynn Construction Company. While on location at the Draper Water Treatment Plant, the Plaintiff was standing on a support wall as a concrete bucket was being moved into the proper location. As the Plaintiff was standing on the wall, an employee of Belger Cartage Service, Inc. was moving the concrete bucket to the location with use of a crane. The Plaintiff asserts that Defendant's employee lost control of the concrete bucket while it was being moved by the crane and struck the Plaintiff thereby causing serious and significant injuries. The Plaintiff asserts that

he was struck by the concrete bucket as a result of the negligent actions of the Defendant's employee thereby receiving the injuries as hereinafter set forth.

3. That the negligence of Defendant, Belger Cartage Service, Inc., at said time and place, among other things, includes:

a. Defendant's employee failed to maintain control of the concrete bucket thereby negligently causing the concrete bucket to strike the Plaintiff causing serious injuries;

b. Defendant's employee failed to keep a reasonable and proper lookout as he moved the concrete bucket with the crane thereby negligently striking the Plaintiff;

c. Defendants failed to have a lookout in place that would have prevented this incident from occurring.

d. That the Defendant's employee caused the incident and resulting injuries to Plaintiff.

As a result of the occurrence described herein, Plaintiff Ricky Bush, did suffer severe personal injuries causing Plaintiff to seek medical treatment. Plaintiff has experienced physical pain and mental anguish and will, in all reasonable probability, continue to do so in the future by reason of the nature of Plaintiffs injuries. Plaintiff has been caused to incur medical charges, lost wages and expenses in the past and will continue to incur medical expenses, lost wages and expenses in the future for said injuries.

WHEREFORE, the Plaintiff Ricky Bush, prays for judgment against the Defendant, Belger Cartage Service, Inc., in an amount in excess of TEN THOUSAND DOLLARS ($10,000.00) and in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), cost of this action, attorney fees, and for such and further relief as the Court deems just and proper.

By: ______________________________

STEPHEN D. BACHMAN, OBA#14030
sbachman@hollowaydobson.com
Holloway, Dobson & Bachman, PLLC
One Leadership Square
211 North Robinson, Suite 900
Oklahoma City, OK 73102
Ph: 405-235-8593
Fax: 405-235-1707
ATTORNEYS FOR PLAINTIFF

ATTORNEY LIEN CLAIMED
JURY TRIAL DEMANDED