**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RICKY BUSH,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No. 5:23-cv-00506-JD** |
| **BELGER CARTAGE SERVICE, INC.,** | ) | |
| **Defendant,** | ) | |
| **and** | ) | |
| **TRAVELERS CASUALTY INSURANCE COMPANY of AMERICA,** | ) | |
| **Intervenor.** | ) | |

**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA'S PETITION IN INTERVENTION**

Intervenor Travelers Casualty Insurance Company of America, through its counsel, Latham, Steele, Lehman, Keele, Ratcliff, Freije & Carter, PC, and files its Petition in Intervention in the above-captioned action

## I. PARTIES

1. Intervenor Travelers Casualty Insurance Company of America ("Travelers"), is a Connecticut corporation, licensed and in good standing to conduct business in the state of Oklahoma, with a principal business address of 1 Tower Square, Hartford, Connecticut 06183. At all times relevant herein, Travelers provided a policy of workers compensation insurance to Wynn Construction Co.

2. Defendant Belger Cartage Service, Inc., is a foreign for-profit corporation licensed to conduct business in the State of Oklahoma, with a principal business address of 2100 Walnut Street, Kansas City, Missouri 64108.

3. Plaintiff Ricky Bush was at all times herein an individual resident of the State of Oklahoma.

## II. JURISDICTION

4. Jurisdiction is proper in this Court and the amount in controversy exceeds the minimum jurisdictional limits of this Court.

5. Intervenor Travelers adopts and incorporates the jurisdictional allegations made by Plaintiff.

## III. VENUE

6. Venue is proper in this Court as action that forms the basis of this lawsuit occurred in the Western District of Oklahoma.

7. Intervenor Travelers adopts and incorporates the venue allegations made by Plaintiff.

## IV. GENERAL ALLEGATIONS

8. On or about November 21, 2018, Plaintiff was acting within the course and scope of his employment with Wynn Construction Co., when an employee of Belger Cartage Company hit Plaintiff with a concrete bucket he was moving with a crane.

9. As a result of being struck with said bucket, Plaintiff sustained injuries to his back, elbow, and left knee.

10. As a result of those injuries, covered by the terms and provisions of the Oklahoma Administrative Workers' Compensation Act, Travelers has to date paid $142.443.62 in worker's compensation benefits on behalf of Plaintiff, Ricky Bush, with more benefits to be paid in the future.

11. That pursuant to 85A O.S. §43(A)(1)(b), the Intervenor would show the Court that Plaintiff has elected to take compensation under the Oklahoma Administrative Workers' Compensation Act and pursue the third parties in this cause of action, thus the Intervenor, by virtue of said statutory authority, is entitled to join this proceeding and to seek reimbursement from the Defendant herein for its statutory share of all sums paid and to be paid as a result of its obligation to Plaintiff herein under the Oklahoma Administrative Workers' Compensation Act.

12. Pursuant to *Fed.R.Civ.P.* 24, Travelers shall be permitted to intervene in this action as a matter of right. *See also Okla. Stat.* tit. 12 §2024.

**WHEREFORE**, premises considered, Travelers prays that this Court enter judgment in its favor against the Defendants in an amount of $142.443.62 together with any additional benefits paid by Travelers, costs, interest, attorney fees and all other relief that may be just and equitable.

Respectfully submitted,

*s/ Brian L. Carter*

Bob L. Latham, Jr., OBA #15799
Brian L. Carter, OBA #20647
LATHAM, STEELE, LEHMAN, KEELE,
RATCLIFF, FREIJE & CARTER, P.C.
1515 E. 71st Street, Suite 200
Tulsa, Oklahoma 74136
918-970-2000 (Telephone)
918-970-2002 (Facsimile)
*blatham@law-lsl.com*
*bcarter@law-lsl.com*
***Attorneys for Intervenor, Travelers Casualty Insurance Company of America***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of July 2023, I mailed a copy to counsel via USPS. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Stephen D. Bachman
HOLLOWAY, DOBSON & BACHMAN, PLLC
One Leadership Square
211 North Robinson, Ste. 900
Oklahoma City, OK 73102
*sbachman@hollowaydobson.com*
***Attorney for Plaintiff***

Bart J. Robey
CHUBBUCK DUNCAN & ROBEY, PC
1329 N. Classen Drive
Oklahoma City, OK 73103
*bjrobey@cubbucklaw.com*
***Attorney for Defendant***

*s/ Brian L. Carter*