**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RICKY BUSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-00506-JD |
| | ) | |
| BELGER CARTAGE SERVICE, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TRAVELERS CASUALTY INSURANCE, | ) | |
| | ) | |
| Intervenor. | ) | |

# ADMINISTRATIVE CLOSING ORDER

The Court has been informed that the parties have reached a settlement in this case. [*See* ADR Report, Doc. No. 48]. Accordingly, the Court ORDERS that the Clerk administratively terminate this action in her records. Unless a party moves to reopen or extend this proceeding within **60** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).

Entered this 18th day of November 2024.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE